1  **AEQUITAS LAW GROUP**
   Ronald H. Bae (SBN 186826)
2  Joseph Cho (SBN 198844)
   Autumn E. Love (SBN 274209)
3  500 S. Grand Avenue, Suite 1310
   Los Angeles, California 90071
4  Tel: (213) 233-7144  Fax: (213) 233-7098
   rbae@AequitasLawGroup.com
5  jcho@AequitasLawGroup.com
   alove@AequitasLawGroup.com
6

7  Attorneys for Plaintiff JODI SCOTT-GEORGE

8  **HOGAN LOVELLS US LLP**
   Dean Hansell (SBN 93831)
9  Asheley G. Dean (SBN 245504)
   1999 Avenue of the Stars, Suite 1400
10 Los Angeles, California 90067
   Tel: (310) 785-4600  Fax: (310) 785-4601
11 dean.hansell@hoganlovells.com
   asheley.dean@hoganlovells.com
12

13 Attorneys for Defendant PVH CORPORATION

14

15

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JODI SCOTT-GEORGE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PVH CORPORATION, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.:  2:13-cv-00441-TLN-DAD**<br><br>[The Honorable Troy L. Nunley]<br><br>**ORDER RE: JOINT STIPULATION FOR PLAINTIFF TO FILE THE FIRST AMENDED COMPLAINT** |

# ORDER

Good cause having been shown, based upon the parties' signed Joint Stipulation filed June 12, 2013 (Dkt. No. 23), and based on the records in the above-captioned action, this Court hereby orders as follows:

1. Plaintiff may file her First Amended Complaint;
2. The First Amended Complaint will be deemed filed with this Court and served on Defendant on the date of this Order;
3. Defendant shall file a responsive pleading on or before 28 days after the response to the First Amended Complaint is due.

**IT IS SO ORDERED.**

Dated: June 13, 2013

_____
Troy L. Nunley
United States District Judge