**AEQUITAS LAW GROUP**
Ronald H. Bae (SBN 186826)
Joseph Cho (SBN 198844)
Autumn E. Love (SBN 274209)
500 S. Grand Avenue, Suite 1310
Los Angeles, California 90071
Tel: (213) 233-7144  Fax: (213) 233-7098
rbae@AequitasLawGroup.com
jcho@AequitasLawGroup.com
alove@AequitasLawGroup.com

Attorneys for Plaintiff JODI SCOTT-GEORGE

**HOGAN LOVELLS US LLP**
Dean Hansell (SBN 93831)
Asheley G. Dean (SBN 245504)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel: (310) 785-4600  Fax: (310) 785-4601
dean.hansell@hoganlovells.com
asheley.dean@hoganlovells.com

Attorneys for Defendant PVH CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JODI SCOTT-GEORGE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PVH CORPORATION, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.: 2:13-cv-00441-TLN-DAD**<br><br>[The Honorable Troy L. Nunley]<br><br>**ORDER RE: JOINT STIPULATION FOR PLAINTIFF TO FILE THE SECOND AMENDED COMPLAINT** |

-1-

**ORDER RE: JOINT STIPULATION FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT**

# ORDER

Good cause having been shown, based upon the parties' signed Joint Stipulation filed August 23, 2013 (Dkt. No. 33), and based on the records in the above-captioned action, this Court hereby orders as follows:

1. Plaintiff may file her Second Amended Complaint;
2. The Second Amended Complaint will be deemed filed with this Court and served on Defendant on the date of this Order; and
3. Defendant shall file a responsive pleading within 30 calendar days of the filing date of the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: August 26, 2013

_____
Troy L. Nunley
United States District Judge