**AEQUITAS LAW GROUP**
Ronald H. Bae (SBN 186826)
Joseph Cho (SBN 198844)
Autumn E. Love (SBN 274209)
500 S. Grand Avenue, Suite 1310
Los Angeles, California 90071
Tel: (213) 223-7144  Fax: (213) 223-7098
rbae@AequitasLawGroup.com
jcho@AequitasLawGroup.com
alove@AequitasLawGroup.com

Attorneys for Plaintiffs JODI SCOTT-GEORGE and MELISSA WIGGS

**HOGAN LOVELLS US LLP**
Dean Hansell (SBN 93831)
Asheley G. Dean (SBN 245504)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel: (310) 785-4600  Fax: (310) 785-4601
dean.hansell@hoganlovells.com
asheley.dean@hoganlovells.com
rachel.patta@hoganlovells.com

Attorneys for Defendant PVH CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JODI SCOTT-GEORGE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PVH CORPORATION, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.:  2:13-cv-00441-TLN-DAD**<br><br>[The Honorable Troy L. Nunley]<br><br>**ORDER RE: STIPULATION TO EXTEND DEADLINE TO FILE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION FROM AUGUST 29, 2014 TO OCTOBER 28, 2014** |

# ORDER

Good cause having been shown, based upon the parties' Stipulation to Extend Deadline to File Plaintiffs' Motion for Class Certification, entered into on July 23, 2014 by and between the Plaintiffs JODI SCOTT-GEORGE and MELISSA WIGGS ("Plaintiffs") and Defendant PVH CORPORATION, and based on the documents and records in the above-captioned action, this Court hereby orders as follows:

- The deadline for Plaintiffs to file their Motion for Class Certification shall be continued from August 29, 2014 to **October 28, 2014**; and

- The hearing date for Plaintiffs' Motion for Class Certification is reset for hearing on **January 15, 2015, at 2:00 p.m**.

**IT IS SO ORDERED.**

Dated: July 26, 2014

_____
Troy L. Nunley
United States District Judge