HOGAN LOVELLS US LLP
Dean Hansell (Bar No. 93831)
Asheley G. Dean (Bar No. 245504)
Rachel A. Patta (Bar No. 273968)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone:   (310) 785-4600
Facsimile:    (310) 785-4601
dean.hansell@hoganlovells.com
asheley.dean@hoganlovells.com
rachel.patta@hoganlovells.com

Attorneys for Defendants
PVH Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JODI SCOTT-GEORGE, individually and on behalf of other members of the general public similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>PVH Corporation, et al., a Delaware Corporation,<br><br>             Defendant. | Case No.  2:13-CV-0441<br><br>**ORDER GRANTING STIPULATION TO RESET HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

# **ORDER**

Good cause having been shown, based upon the parties' Stipulation To Reset Hearing Date On Plaintiffs' Motion For Class Certification, entered into on July 30, 2014 by and between the Plaintiffs JODI SCOTT-GEORGE and MELISSA WIGGS ("Plaintiffs") and Defendant PVH CORPORATION, and based on the documents and records in the above-captioned action, this Court hereby orders as follows:

The hearing date reserved for Plaintiffs' Motion for Class Certification currently set for January 15, 2014 at 2:00 p.m. is reset for hearing on January 29, 2015.

Dated: July 31, 2014

Troy L. Nunley
United States District Judge