UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JODI SCOTT-GEORGE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PVH CORPORATION, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.:  2:13-cv-00441-TLN-DAD**<br><br>[The Honorable Troy L. Nunley]<br><br>**ORDER RE: PLAINTIFFS' REQUEST TO SEAL CERTAIN DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>[Filed concurrently with the Notice of Request and Request to File Under Seal] |

**ORDER**

The Court, having considered the Plaintiffs' Request for Seal Documents submitted pursuant to Civil L.R. 141, the following documents (which are exhibits to the Appendix of Evidence to Plaintiffs' Motion for Class Certification) are accepted for filing under seal, subject to the provisions of Amended Stipulated Protective Order entered on August 12, 2013 (Dkt. 32).

| **Exhibit Number** (to the Appendix of Evidence in support of Plaintiffs' Motion for Class Certification) | **Description of Documents** (that are requested to be filed under seal) |
|---|---|
| K* | Payroll Summary for Plaintiff Jodi Scott-George (for pay period from October 5, 2009 to October 11, 2009) |
| L* | Payment Detail Listing for Plaintiff Jodi Scott-George (for pay period from October 5, 2009 to October 11, 2009) |
| M* | Payroll Summary for Plaintiff Jodi Scott-George (for pay period from October 19, 2009 to October 25, 2009) |
| N* | Payment Detail Listing for Plaintiff Jodi Scott-George (for pay period from October 19, 2009 to October 25, 2009) |
| O* | Time Records for Plaintiff Jodi Scott-George (for pay period from January 4, 2010 to January 10, 2010) |
| P* | Payment Detail Listing for Plaintiff Jodi Scott-George (for pay period from January 4, 2010 to January 10, 2010) |
| S* | Shrinkage Improvement Program Policy 8-5: Internal Theft Prevention (issue date: 09/09/13) |

| | |
|---|---|
| T* | Shrinkage Improvement Program Policy 8-10: Commitment (issue date: 01/31/05) |
| U* | Sales Associate Job Description |
| V* | Stockroom Lead Job Description |
| W* | Lead Cashier Job Description |
| X* | Floor Supervisor Job Description |
| Y* | Assistant Manager Job Description |
| Z* | PVH New Associate Orientation Checklist |
| AA* | Shrinkage Improvement Program Policy 8-2: Visitation/Auditing (issue date: 02/04/13) |
| BB* | Field Operations Loss Prevention Audit Checklist (bates-labeled PVH014185) |
| CC* | Shrinkage Improvement Program Policy 8-11: Closed Circuit Television (issue date: 05/09/12) |
| DD* | Shrinkage Improvement Program Policy 8-7: Postings and Forms (issue date: 09/17/07) |
| EE* | Shrinkage Improvement Program Policy 8-1: Overview (issue date: 01/31/05) |
| FF* | The Sentinel Security Newsletter (dated September 2013) |
| GG* | New Hire/Rehire Paperwork Checklist (bates-labeled PVH000022) |

| | |
|---|---|
| HH* | Human Resources Policy 1-17: Pay Status and Compensation (issue date: 12/18/12) |
| II* | ADP TotalPay Card Pay Packet (bates-labeled PVH014136 - PVH014155) |
| JJ* | Document titled "Pay Card Questions?" (bates-labeled PVH014173) |
| KK* | Human Resources Policy 1-15: Termination (issue date: 04/30/13) |
| LL* | Human Resources Policy 1-19: Associate Breaks (issue date: 10/12/12) |
| MM* | Store Operations Policy 5-4: Scheduling (issue date: 01/31/05) |
| QQ* | PVH Retail Group Associate Handbook (bates-labeled PVH000003 – PVH000018) |

**IT IS SO ORDERED.**

Dated:  December 23, 2014

Troy L. Nunley
United States District Judge