1  HOGAN LOVELLS US LLP
   Dean Hansell (Bar No. 93831)
2  Rachel A. Patta (Bar No. 273968)
   1999 Avenue of the Stars, Suite 1400
3  Los Angeles, California  90067
   Telephone:   (310) 785-4600
4  Facsimile:    (310) 785-4601
   dean.hansell@hoganlovells.com
5  rachel.patta@hoganlovells.com

6  Attorneys for Defendants
   PVH Corporation
7

8

9              UNITED STATES DISTRICT COURT

10       EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

11

12 | JODI SCOTT-GEORGE, | Case No.  2:13-CV-0441
13 | individually and on behalf of other members of the general public similarly situated, |
14 | | **ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO ENLARGE PAGE LIMIT FOR BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**
15 |                Plaintiff, |
16 | v. |
17 | PVH Corporation, a Delaware Corporation, |
18 |                Defendant. |

# **ORDER**

Having considered Defendant's *Ex Parte* Application to Enlarge Page Limit for Brief In Opposition To Plaintiffs' Motion for Class Certification, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT Defendant PVH Corporation may file a brief in opposition to Plaintiffs' motion for class certification of up to 30 pages.

Dated: January 30, 2015

Troy L. Nunley
United States District Judge