HOGAN LOVELLS US LLP
Dean Hansell (Bar No. 93831)
Rachel A. Patta (Bar No. 273968)
Michelle L. Roberts (Bar No. 292075)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone:      (310) 785-4600
Facsimile:      (310) 785-4601
dean.hansell@hoganlovells.com
rachel.patta@hoganlovells.com
michelle.roberts@hoganlovells.com

Attorneys for Defendants
PVH Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JODI SCOTT-GEORGE, individually and on behalf of other members of the general public similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>PVH Corporation, et al., a Delaware Corporation,<br><br>            Defendant. | Case No.  2:13-CV-0441-TLN-DAD<br><br>**ORDER TO SEAL CERTAIN DOCUMENTS FILED IN SUPPORT OF DEFENDANT'S OPPOSITION TO CLASS CERTIFICATION**<br><br>**[Submitted Concurrently With Notice of Request, Request to File Documents Under Seal, and Lodged Documents]** |

ORDER TO SEAL CERTAIN DOCUMENTS FILED
IN SUPPORT OF OPPOSITION TO CLASS
CERTIFICATION

\\LA - 039936/000005 - 1119815 v1

## ORDER

 

The Court, having considered Defendant PVH Corp.'s Request To Seal Certain Documents in Support of Defendant's Opposition to Class Certification and having found good cause, accepts the following documents under seal, pursuant to the Civil L.R. 141 and the Parties' Amended Stipulated Protective Order (Dkt. No. 32):

- Exhibit 6: August 3-9, 2009, Pay Records of named Plaintiff Jodi Scott-George.

- Exhibit 7: August 3-9, 2009, Time Records of Jodi Scott-George.

- Exhibit 8: September 14-20, 2009, Pay Records of Jodi Scott-George.

- Exhibit 9: September 14-20, 2009, Time Records of Jodi Scott-George.

- Exhibit 10: October 5-11, 2009, Time Records for Bass Store No. 374.

- Exhibit 11: October 16, 2009, Payment Detail Listing for K. Ellis.

- Exhibit 12: October 16, 2009, Payment Detail Listing for J. Phillips.

- Exhibit 13: October 16, 2009, Payment Detail Listing for F. Crawford.

- Exhibit 14: October 16, 2009, Payment Detail Listing for J. Powell.

- Exhibit 15: October 16, 2009, Payment Detail Listing for T. Ward.

- Exhibit 16: October 16, 2009, Payment Detail Listing for J. Witter.

- Exhibit 17: October 16, 2009, Payment Detail Listing for R. Warren.

- Exhibit 18: October 5-11, 2009, Time Records for Bass Store No. 272.

- Exhibit 19: October 16, 2009, Payment Detail Listing for K. Mack.

- Exhibit 20: October 16, 2009: Payment Detail Listing for K. Hosfelt.

- Exhibit 21: October 5-11, 2009, Time Records for Van Heusen Store No. 237.

- Exhibit 22: October 16, 2009, Payment Detail Listing for T. Thomas.

- Exhibit 23: October 19-25, 2009, Time Records for Bass No. 327.

- Exhibit 24: October 30, 2009, Payment Detail Listing for D. Gonzalez.

- Exhibit 25: October 19-25, 2009, Time Records for Van Heusen Store No. 138.

- Exhibit 26: October 30, 2009, Payment Detail Listing for G. Paez.

- Exhibit 27: October 30, 2009, Payment Detail Listing for V. Campos.

- Exhibit 28: Policy 1-17: Pay Status and Compensation.

- Exhibit 29: Payment Detail Listing for Declarant Ricardo Avina.

- Exhibit 30: Payment Detail Listing for Declarant Katelyn Gadsby.

- Exhibit 31: Payment Detail Listing for Declarant Chanel Hounsley.

- Exhibit 32: Payment Detail Listing for Declarant Travis Merrill.

- Exhibit 33: Policy 1-18: Time and Attendance.

- Exhibit 34: Policy 8-5: Internal Theft Prevention.

- Exhibit 35: Policy 1-19: Associate Breaks.

- Exhibit 36: Policy 5-4: Scheduling.

- Exhibit 38: Money Network Welcome Packet.

- Exhibit 39: PVH's Money Network Frequently Asked Questions.

- Exhibit 40: PVH's Money Network Pay Card Guide.

- Exhibit 41: PVH's Money Network Pay Card Questions.

- Exhibit 44: Payment Detail Listing for Declarant Dakkar Hunter.

///

///

///

The above-referenced documents shall remain sealed until such time as either PVH or the individuals whose privacy interests would be affected disclose the documents or information

ORDER TO SEAL DOCUMENTS FILED IN
SUPPORT OF OPPOSITION TO CLASS
CERTIFICATION

therein publicly.

**IT IS SO ORDERED.**

Dated:  February 18, 2015

_____
Troy L. Nunley
United States District Judge

ORDER TO SEAL DOCUMENTS FILED IN
SUPPORT OF OPPOSITION TO CLASS
CERTIFICATION

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
LOS ANGELES