Ronald H. Bae (SBN 186826)
rbae@AequitasLegalGroup.com
Olivia D. Scharrer (SBN 291470)
oscharrer@AequitasLegalGroup.com
AEQUITAS LEGAL GROUP
500 S. Grand Avenue, Suite 1310
Los Angeles, California 90071
Telephone:   (213) 233-7144
Facsimile:    (213) 233-7098

Attorneys for Plaintiffs JODI SCOTT-GEORGE
and MELISSA WIGGS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JODI SCOTT-GEORGE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PVH CORPORATION, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.:   2:13-cv-00441-TLN-DAD**<br>[The Honorable Troy L. Nunley]<br><br>**ORDER RE: PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER ENLARGING THE PAGE LIMIT FOR REPLY BRIEF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>[Filed concurrently with *Ex Parte* Application and Declaration of Ronald H. Bae] |

## ORDER

The Court, having considered Plaintiffs' *Ex Parte* Application for an Order Enlarging the Page Limit for Reply in Support of Motion for Class Certification, and good cause having been shown, hereby orders as follows:

Plaintiffs JODI SCOTT-GEORGE and MELISSA WIGGS may file a reply brief of up to 15 pages in support of their Motion for Class Certification.

**IT IS SO ORDERED.**

Dated:  February 23, 2015

Troy L. Nunley
United States District Judge