# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JODI SCOTT-GEORGE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PVH CORPORATION, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.:   2:13-cv-00441-TLN-DAD**<br><br>[The Honorable Troy L. Nunley]<br><br>**ORDER RE: PLAINTIFFS' REQUEST TO SEAL CERTAIN DOCUMENTS IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>[Filed concurrently with the Notice of Request and Request to File Under Seal] |

# ORDER

The Court, having considered the Plaintiffs' Request for Seal Documents submitted pursuant to Civil L.R. 141, the following documents (which are exhibits to the Declaration of Ronald H. Bae in Support of Reply in Support of Motion for Class Certification) are accepted for filing under seal, subject to the provisions of Amended Stipulated Protective Order entered on August 12, 2013 (Dkt. 32).

| **Exhibit Number** (to the Declaration of Ronald H. Bae in support of Plaintiffs' Reply in support of Motion for Class Certification) | **Description of Documents** (that are requested to be filed under seal) |
|---|---|
| H* | Plaintiff Jodi Scott-George's Time Records (Clock In & Clock Out Reports) |
| I* | Payment Detail Listing for Plaintiff Jodi Scott-George |
| J* | Exhibit 10 to Defendant's Opposition to Motion for Class Certification (Time Records for Bass Store No. 374 for October 5-11, 2009) |
| K* | Exhibit 21 to Defendant's Opposition to Motion for Class Certification (Time Records for Van Heusen Store No. 237 for October 5-11, 2009) |
| L* | Exhibit 23 to Defendant's Opposition to Motion for Class Certification (Time Records for Bass Store No. 327 for October 19-25, 2009) |
| M* | Exhibit 25 to Defendant's Opposition to Motion for Class Certification (Time Records for Van Heusen Store No. 138 for October 19-25, 2009) |

| O* | Store Memorandum Labeled SM# 10-0234 (bates numbered PVH000384-385) |
|---|---|
| P* | Store Memorandum Labeled SM# 090271 (bates numbered PVH000396-397) |

**IT IS SO ORDERED.**

Dated:  March 4, 2015

_____
Troy L. Nunley
United States District Judge