**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| JODI SCOTT-GEORGE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PVH CORPORATION, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.:   2:13-cv-00441-TLN-DAD**<br><br>[The Honorable Troy L. Nunley]<br><br>**ORDER RE: PLAINTIFFS' AMENDED REQUEST TO SEAL CERTAIN DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE DEFENDANT'S EXHIBITS 11-24, 26, 27, 29-32 AND 44 TO DEFENDANT'S COMPENDIUM OF EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>[Filed concurrently with the Amended Notice of Request and Request to File Under Seal] |

# ORDER

The Court, having considered the Plaintiffs' Amended Request for Seal Documents submitted pursuant to Civil L.R. 141, the following documents (which are exhibits to the Declaration of Ronald H. Bae in Support of Plaintiffs' Motion to Exclude Defendant's Exhibits 11 – 24, 26, 27, 29 -32 and 44 to Defendant's Compendium of Evidence Submitted in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification) are accepted for filing under seal, subject to the provisions of Amended Stipulated Protective Order entered on August 12, 2013 (Dkt. 32).

| **Exhibit Number** (to the Declaration of Ronald H. Bae in Support of Plaintiffs' Motion to Exclude) | **Description of Documents** (that are requested to be filed under seal) |
|---|---|
| M | October 5 – 11, 2009, Time Records for Bass Store No. 272 |
| N | Partially Redacted Version of October 5 – 11, 2009, Time Records for Bass Store No. 272 |
| O | October 5 – 11, 2009, Time Records for Van Heusen Store No. 237 |
| P | Partially Redacted Version of October 5 – 11, 2009, Time Records for Van Heusen Store No. 237 |

**IT IS SO ORDERED.**

Dated:  March 4, 2015

Troy L. Nunley
United States District Judge