1  HOGAN LOVELLS US LLP
   Dean Hansell (Bar No. 93831)
2  Rachel A. Patta (Bar No. 273968)
   Michelle L. Roberts (Bar No. 292075)
3  1999 Avenue of the Stars, Suite 1400
   Los Angeles, California  90067
4  Telephone:     (310) 785-4600
   Facsimile:     (310) 785-4601
5  dean.hansell@hoganlovells.com
   rachel.patta@hoganlovells.com
6  michelle.roberts@hoganlovells.com

7  Attorneys for Defendants
   PVH Corporation
8

9

10                      UNITED STATES DISTRICT COURT

11       EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

12

13  JODI SCOTT-GEORGE, individually and          Case No.  2:13-CV-0441
    on behalf of other members of the general
14  public similarly situated,
                                                 **ORDER TO SEAL DOCUMENTS FILED
15                 Plaintiff,                     IN SUPPORT OF DEFENDANT'S
                                                 OPPOSITION TO MOTION TO
16  v.                                           EXCLUDE**

17  PVH Corporation, et al., a Delaware          **[Submitted Concurrently With Notice of
    Corporation,                                 Request, Request to File Documents Under
18                                               Seal, and Lodged Documents]**
                   Defendant.
19

20

21

22

23

24

25

26

27

28

**ORDER**

1

2

3        The Court, having considered Defendant PVH Corp.'s Request To Seal Documents in

4    Support of its Opposition to Plaintiffs' Motion to Exclude and having found good cause, accepts

5    the following document under seal, pursuant to the Civil L.R. 141 and the Parties' Amended

6    Stipulated Protective Order (Dkt. No. 32): Exhibit A, which contains the first 30 pages of a

7    13,000-page document displaying weekly pay for individual employees, and Exhibit L, summary

8    payroll information for Mr. Lopez.

9        The above-referenced document shall remain sealed until such time as either PVH or the

10   individuals whose privacy interests would be affected disclose publicly the document or

11   information therein.

12

13

14       **IT IS SO ORDERED.**

15

16       Dated:  March 18, 2015

17                                                          Troy L. Nunley
                                                           United States District Judge
18

19

20

21

22

23

24

25

26

27

28

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -    ORDER TO SEAL DOCUMENT FILED IN
         SUPPORT OF OPPOSITION TO MOTION TO
         EXCLUDE