HOGAN LOVELLS US LLP
Dean Hansell (Bar No. 93831)
Michelle L. Roberts (Bar No. 292075)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone:      (310) 785-4600
Facsimile:       (310) 785-4601
dean.hansell@hoganlovells.com
michelle.roberts@hoganlovells.com

Attorneys for Defendants
PVH Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JODI SCOTT-GEORGE, individually and on behalf of other members of the general public similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>PVH Corporation, et al., a Delaware Corporation,<br><br>   Defendant. | Case No.  2:13-CV-0441 TLN DAD<br><br>**ORDER EXTENDING  PVH CORP.'S DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>**[Filed concurrently with Ex Parte Application to Extend Defendant PVH Corp.'s May 14, 2015, Deadline to File Motion for Summary Judgment; Declarations of Dean Hansell and Michelle L. Roberts in Support Thereof]** |

**ORDER**

The Court, having considered the Ex Parte Application to Extend Defendant PVH Corp.'s May 14, 2015, Deadline to File Motion for Summary Judgment and the Declarations of Dean Hansell and Michelle L. Roberts, finds good cause to continue the deadline for Defendant's Motion for Summary Judgment and orders the following:

The May 14, 2015, deadline for PVH Corp. to file any Motion for Summary Judgment, and all associated response and hearing dates, shall be continued as follows:

(1) Defendant's Motion for Summary Judgment shall be due 28 days following the Court's order on class certification.

(2) Plaintiffs' Opposition shall be due 14 days after Defendant's Motion is due.

(3) Defendant's Reply shall be due 14 days after Plaintiff's Opposition.

(4) The hearing shall be set for the first available hearing date following the due date of the Reply unless the hearing date is less than seven days after the Reply is due, in which case the hearing should be set for the second available hearing date after the Reply is due.

**IT IS SO ORDERED.**

Dated: May 12, 2015

Troy L. Nunley
United States District Judge