1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JODI SCOTT-GEORGE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PVH CORPORATION, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.:  2:13-cv-00441-TLN-DB**<br><br>[The Honorable Troy L. Nunley]<br><br>**ORDER RE: FILING AND HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

# ORDER

Based on the Joint Notice of Settlement filed the parties, the Court orders the parties to file the Unopposed Motion for Preliminary Approval of Class Action Settlement on or before September 16, 2016.  The hearing for this motion will be on October 20, 2016 at 2:00 p.m.

All other court dates are hereby VACATED.

**IT IS SO ORDERED.**

Dated: August 31, 2016

Troy L. Nunley
United States District Judge