Ronald H. Bae (SBN 186826)
rbae@AequitasLegalGroup.com
Olivia D. Scharrer (SBN 291470)
oscharrer@AequitasLegalGroup.com
AEQUITAS LEGAL GROUP
A Professional Law Corporation
1156 E. Green Street, Suite 200
Pasadena, California 91106
Telephone:     (213) 674-6080
Facsimile:      (213) 674-6081

Attorneys for Plaintiffs JODI SCOTT-GEORGE,
MELISSA WIGGS and the Certified Class

Robin J. Samuel (Bar No. 173090)
Tao Y. Leung (Bar No. 254265)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:     (310) 785-4600
Facsimile:      (310) 785-4601
robin.samuel@hoganlovells.com
tao.leung@hoganlovells.com

Attorneys for Defendant PVH CORP.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JODI SCOTT-GEORGE, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PVH CORPORATION, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.:   2:13-cv-00441-TLN-AC<br>[The Honorable Troy L. Nunley]<br><br>**STIPULATION RE: CONTINUING DATES CONCERNING THE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; ORDER** |

Pursuant to Fed. R. Civ. Proc. 16(b)(4) and L.R. 144, Plaintiffs Jodi Scott-George and Melissa Wiggs and Defendant PVH Corp., by and through their respective counsel of record, enter into the following stipulation:

WHEREAS, on August 26, 2016, the parties filed a Joint Notice of Settlement (Dkt. 132) notifying this Court that the case has settled subject to this Court's approval and requested that the Court set September 16, 2016 as the deadline to file the Unopposed Motion for Preliminary Approval and October 20, 2016 as the hearing for the motion;

WHEREAS, the parties have since been diligently working on finalizing the terms of the Memorandum of Understanding as well as the terms of the Joint Stipulation of Class Action Settlement;

WHEREAS, while the parties have successfully negotiated and executed the Memorandum of Understanding, they have not yet finalized the terms of the Joint Stipulation of Class Action Settlement due to several reasons, including but not limited to the fact that there are numerous terms that require extensive discussion and negotiation between counsel which then must be approved by counsel's respective clients;

WHEREAS, the parties are still in the middle of discussing and negotiating the terms of the Joint Stipulation of Class Action Settlement, and thus, they will not be able to file the Motion for Preliminary Approval by September 16, 2016 to have it heard on October 20, 2016,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and subject to the Court's approval, that:

1. The deadline to file the Unopposed Motion for Preliminary Approval will be extended from September 16, 2016 to September 30, 2016;
2. The hearing date for the Unopposed Motion for Preliminary Approval currently set for October 20, 2016 at 2:00 p.m. is continued to November 3, 2016 at 2:00 p.m.

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: September 15, 2016 | Respectfully Submitted,<br><br>AEQUITAS LEGAL GROUP<br><br>　　　/s/  Ronald H. Bae<br>By: _____<br>　　　RONALD H. BAE<br>　　　OLIVIA D. SCHARRER<br>Attorneys for Plaintiffs JODI SCOTT-GEORGE and MELISSA WIGGS and the Certified Class<br><br>HOGAN LOVELLS US LLP<br><br>By: ___/s/ Robin J. Samuel_____<br>　　　ROBIN J. SAMUEL<br><br>Attorneys for Defendant PVH CORP. |

**ORDER**

Based on the above stipulation filed the parties and finding good cause, the Court enters the following order:

1. The deadline to file the Unopposed Motion for Preliminary Approval will be extended from September 16, 2016 to September 30, 2016;

2. The hearing date for the Unopposed Motion for Preliminary Approval currently set for October 20, 2016 at 2:00 p.m. is continued to November 3, 2016 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 15, 2016

_____
Troy L. Nunley
United States District Judge