# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JODI SCOTT-GEORGE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PVH CORPORATION, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case Number:   2:13-cv-00441-TLN-AC**<br><br>[The Honorable Troy L. Nunley]<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

This matter is before the Court pursuant to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.  Having considered the Motion and its supporting papers and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Court grants preliminary approval of the proposed class action settlement based upon the terms set forth in the fully executed Joint Stipulation of Class Action Settlement

-1-

**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1  ("Joint Stipulation") attached as **Exhibit A** to the Declaration of Ronald H. Bae in support of
2  Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.
3      2.   The Court refers to the defined terms as set forth in the Joint Stipulation and finds
4  that the proposed settlement appears to be within the range of reasonableness necessary for
5  preliminary approval by the Court, but final determination of whether the proposed settlement
6  terms are fair, adequate and reasonable will be made at the final approval hearing.
7      3.   With respect to the Class and for purposes of approving this settlement only, this
8  Court preliminarily finds that: (a) the members of the Class are ascertainable and so numerous that
9  joinder of all members is impracticable; (b) there are questions of law and fact common to the
10 Class and there is a well-defined community of interest among the Class Members with respect to
11 the subject matter of the litigation; (c) the claims of the Class Representatives and the defenses
12 thereto are typical of the claims of the Class Members and the defenses thereto; (d) the Class
13 Representatives will fairly and adequately protected the interests of the Class Members; (e) a class
14 action is superior to other available methods for an efficient adjudication of this controversy; and
15 (f) counsel of record for the Class Representatives is qualified to serve as counsel for Plaintiffs in
16 their individual and representative capacity and for the Class.
17     4.   The Court therefore conditionally certifies a Settlement Class defined as follows:

> All current and former non-exempt employees who were employed
> in California by PVH Corp. or PVH Retail Stores LLC during
> January 29, 2009 through the date of preliminary approval of this
> settlement.

21     5.   The Court preliminarily approves Plaintiffs Jodi Scott-George and Melissa Wiggs
22 to serve as the Class Representatives.
23     6.   The Court preliminarily approves Aequitas Legal Group, A Professional Law
24 Corporation to serve as Class Counsel.
25     7.   The Court approves the format and content of the Notice of Pendency and
26 Settlement of Class Action, Claim Form and Reminder Card (collectively, the "Notice Packet")
27 attached as **Exhibits A, B and C** to the Joint Stipulation, respectively.  The Court finds that the

dissemination of the Notice Packet in the manner set forth in the Joint Stipulation complies with the requirements of due process of law, and appears to be the best notice practicable under the circumstances.

8. The Court appoints Rust Consulting to serve as the Claims Administrator. The Court directs Rust Consulting to disseminate the Notice Packet in the manner as set forth in the Joint Stipulation.

9. The Court orders the following implementation schedule for further proceedings:

| | | |
|---|---|---|
| a. | Deadline for Defendants to Submit Class List and Data to Claims Administrator | **Seven (7) business days after Order Granting Preliminary Approval** |
| b. | Deadline for Claims Administrator to Mail the Notice Packet to Class Members | **Ten (10) calendar days after Defendants provide the Claims Administrator with the Class List and Data** |
| c. | Deadline for Claims Administrator to Mail Reminder Post-Cards to Class Members | **Not more than thirty (30) calendar days (nor fewer than twenty-five (25) days) after mailing of Notice Packets to Class Members** |
| d. | Deadline for Class Members to Submit Claim Forms, Exclusion Requests and to file any Objections to Settlement | **Forty-five (45) calendar days after mailing of Notice Packets to Class Members** |
| e. | Deadline for Class Counsel to file (1) Motion for Final Approval of Class Action Settlement, and (2) Motion for Award of Class Representative Enhancement Awards, Claims Administrator's Expenses and Attorneys' Fees and Costs | **January 27, 2017** |
| f. | Hearing on:<br>• Motion for Final Approval | **February 23, 2017 (Thursday)** |

**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

| | |
|---|---|
| of Class Action Settlement;<br><br>• Motion for Award of Class Representative Enhancement Awards, Claims Administrator's Expenses and Attorneys' Fees and Costs | **at 2:00 p.m.** |

**IT IS SO ORDERED**.

Dated: October 6, 2016

                                               Troy L. Nunley
                                               United States District Judge