# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JODI SCOTT-GEORGE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PVH CORPORATION, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.:   2:13-cv-00441-TLN-DB**<br>[The Honorable Troy L. Nunley]<br><br>**ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE FOURTH AMENDED COMPLAINT** |

**ORDER**

Good cause having been shown, based upon the parties' September 30, 2016 joint stipulation regarding the filing of Plaintiffs' Fourth Amended Complaint, this Court hereby orders as follows:  the Parties' Stipulation for Plaintiffs' to File Fourth Amended Complaint is ADOPTED.  **Plaintiffs shall file the Fourth Amended Complaint directly on the docket within fourteen (14) days of this Order.**

**IT IS SO ORDERED.**

Dated: October 6, 2016

Troy L. Nunley
United States District Judge